IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

Bill Kachur

      Plaintiff

v.

Bank of America Corporation

      Defendant

CASE NO. 3:09-cv-1106-251-TS

COMPLAINT FOR VIOLATIONS OF THE
HOME AFFORDABLE MODIFICATION PROGAM

JURY TRIAL DEMANDED

**FILED**

## COMPLAINT

Plaintiff Bill Kachur, on behalf of himself, files this complaint alleging violations
of the Home Affordable Modification Program ("HAMP") by Bank of America
Corporation. Plaintiff's allegations are based on personal knowledge.  All other
allegations are based on the investigation made by the Plaintiff, which included,
among other things, a review of the public federal laws, media reports and
public documents.

### Jurisdiction and Venue

1. This action is brought by the Plaintiff to enforce the provisions of Title VIII of
the Civil Rights Act of 1968, (the Fair Housing Act) as amended by the Fair
Housing Amendments Act of 1988 *et seq*, 42 U.S.C. §§3601-3631, and the
Equal Credit Opportunity Act, 15 U.S.C. §§1691-1691f.

2. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1391(b)(2).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2).

## Defendant

4. Defendant Bank of America Corporation (Bank of America or "BOA" or Bank) is a Delaware corporation, a bank holding company, and a financial holding company under U.S. federal law. BOA maintains its principal executive offices at 100 N. Tryon Street, Charlotte, North Carolina 28255. Bank of America common stock trades on the New York Stock Exchange under the symbol "BAC". BOA offers the traditional services of a financial depository institution, including the receipt of monetary deposits; the financing of residential housing, commercial, and consumer loans; and other types of credit transactions.

## Bank of America's History

5. Bank of America is one of the largest financial services companies, the largest bank by assets, and the largest commercial bank by deposits and is the second largest by market capitalization in the United States. The company holds 12.2% of all U.S. deposits. Also, Bank of America is the number one underwriter of global high yield debt, the third largest underwriter of global equity and the ninth largest adviser on global mergers and acquisitions. Bank of America serves clients in more than 150 countries and has a relationship with 99 percent of the U.S. Fortune 500 companies and 83 percent of the Fortune Global 500. The company is a component of the Dow Jones Industrial

Average (DJIA) and a member of the Federal Deposit Insurance Corporation (FDIC). Source: Wikipedia

6. In August 2007 BOA announced a $2 billion repurchase agreement for Countrywide Financial. This purchase of preferred stock was arranged to provide a return on investment of 7.25% per annum and provided the option to purchase common stock at a price of $18 per share. Source: Wikipedia

7. Following that initial investment, in January 2008, Bank of America announced that they would buy Countrywide Financial for $4.1 billion. This acquisition, which closed in July 2008, gave the bank a substantial market share of the mortgage business, and access to Countrywide's expertise, technology, and employees for servicing mortgages. The acquisition was seen as preventing the potential of bankruptcy for Countrywide. Countrywide, however, denied that it was close to bankruptcy. Countrywide provides mortgage servicing for nine million mortgages valued at $1.4 trillion USD as of December 2007. However, Countrywide is under FBI investigation due to possible fraud in home loans and mortgages, therefore Bank of America states that by 2009 they will only be "officially" affiliated to Countrywide. Source: Wikipedia

8. In July 2008, Bank of America completed its purchase of Countrywide Financial Corporation. This purchase made it the USA's leading mortgage originator and servicer, controlling between 20 to 25 percent of the home loan market. Source: Wikipedia

9. In October 2008 Attorney General Brown Announces Landmark $8.68 Billion
   Settlement with Countrywide. Attorney General Edmund G. Brown Jr. today
   announced a landmark, multi-state settlement with Countrywide Home Loans,
   Countrywide Financial Corporation and Full Spectrum Lending that is expected
   to provide up to $8.68 billion of home loan and foreclosure relief nationally,
   including $3.5 billion to California borrowers. "With this settlement,
   homeowners will receive direct relief from the catastrophic damage caused by
   Countrywide," said Attorney General Brown. "Countrywide's lending practices
   turned the American dream into a nightmare for tens of thousands of families
   by putting them into loans they couldn't understand and ultimately couldn't
   afford." The Countrywide settlement will likely become the largest predatory
   lending settlement in history, dwarfing the nationwide $484 million settlement
   with Household Finance Corporation in 2002, under which California received
   approximately $91 million. The settlement marks a swift resolution of the
   Attorney General's June 2008 lawsuit alleging that Countrywide, the nation's
   largest mortgage lender prior to its July 2008 acquisition by Bank of America,
   deceived borrowers by misrepresenting loan terms, loan payment increases,
   and borrowers' ability to afford loans. In a nutshell, this settlement will enable
   eligible subprime and pay-option mortgage borrowers to avoid foreclosure by
   obtaining a modified and affordable loan. Source: California Department of
   Justice

10. In September 2008, Bank of America announced its intentions to purchase Merrill Lynch & Co., Inc. in an all-stock deal worth approximately $50 billion, about 86% of the Bank of America stock price at close. Merrill Lynch was at the time within days of collapse, and the acquisition effectively saved Merrill from bankruptcy. Around the same time Bank of America was reportedly also in talks to purchase Lehman Brothers, however a lack of government guarantees caused the bank to abandon talks with Lehman. Lehman Brothers filed for bankruptcy the same day Bank of America announced its plans to acquire Merrill Lynch. This acquisition made Bank of America the largest financial services company in the world. Source: Wikipedia

11. BOA in its January 2009 earnings release, revealed massive losses at Merrill Lynch in the fourth quarter, which necessitated an emergency government bailout of the Bank to keep it solvent. Merrill recorded an operating loss of $21.5 billion in the quarter, mainly in its sales and trading operations. Source: Wikipedia

12. In August 2009, BOA agreed to pay a $33 million fine, without admission or denial of charges, to the U.S. Securities and Exchange Commission (SEC) over the non-disclosure of an agreement to pay up to $5.8 billion of bonuses at Merrill. BOA approved the bonuses before the merger but did not disclose them to its shareholders when the shareholders were considering approving

the Merrill acquisition, in December 2008. In September 2009 a judge rejected the settlement agreement. Source: Wikipedia

13. Bank of America received US $20 billion in federal bailout from the US government through the Troubled Asset Relief Program (TARP) in January 2009 and also got guarantee of US $118 billion in potential losses at the company. This was in addition to the $25 billion given to them in the Fall of 2008 through TARP. The additional payment was part of a deal with the US government to preserve Bank of America's merger with the troubled investment firm Merrill Lynch. Since then, members of the US Congress have expressed considerable concern about how this money has been spent, especially since some of the recipients have been accused of misusing the bailout money. The Bank's CEO, Ken Lewis, was quoted as claiming "We are still lending, and we are lending far more because of the TARP program." Members of the US House of Representatives, however, were skeptical and quoted many anecdotes about loan applicants (particularly small business owners) being denied loans and credit card holders facing stiffer terms on the debt in their card accounts. According to a March 2009 article in The New York Times, Bank of America received an additional $5.2 billion in government bailout money which was channeled through American International Group. Source: Wikipedia

14. Office of the Special Inspector General for the Troubled Asset. Bank of America Investigations ("SIGTARP"): SIGTARP continues to play a significant role in the investigations by the New York State Attorney General's Office, the Securities and Exchange Commission ("SEC"), and the Department of Justice ("DOJ") into the circumstances of Bank of America's merger with Merrill Lynch and its receipt of additional TARP funds under the Targeted Investment Program ("TIP"). Source: SIGTARP Relief Program Advancing Economic Stability Through Transparency, Coordinated Oversight and Robust Enforcement Quarterly report to Congress October 2009.

## Statutory and Regulatory Background

15. BOA is a lending institution which regularly engages in residential real estate-related transactions and regularly extends credit to individuals for such transactions, within the meaning of the Fair Housing Act, 42 U.S.C. §§3601-3631.

16. The Bank is a creditor as defined by the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §1692(a)(e), and its implementing regulation, Regulation B, 12 C.F.R. §202.

## Discriminatory, Harassment and Discouraging Application Practices

17. The following are complaints filed by the Plaintiff for investigation by the U.S. Treasury Department, the Office of the Comptroller of the Currency ("OCC") against BOA for violations of the Home Affordable Modification Program.

18. On June 04, 2009 this complaint was filed with Treasury OCC against BOA.

    a. Big Problem with Bank of America. Yesterday I asked a Freddie Mac Representative the investor that holds my mortgage, to join me in a conference call to witness the treatment I have been receiving by Bank of America my loan servicer.

    b. Freddie Macs guidelines state that a borrower that is current with payments and unemployed is eligible for a mortgage loan modification. The Freddie Mac guidelines are available online at the Freddie Mac website. According to Bank of America's management, Bank of America's position is that you have to be employed and be in default status to get assistance and in addition, Bank of America trains their employees to deny mortgage loan modifications that don't meet Bank of America's policy standards.

    c. This is contrary to the Freddie Mac guidelines to which Bank of America is to use for mortgage loan modifications. Bank of America is basically pushing people into foreclosure before they will deal with them. Bank of America's policy is clearly wrong and I filed a complaint yesterday with Freddie Mac against Bank of America. Freddie Mac agreed that Bank of America is not properly handling these loan modifications and this is a big problem.

19. On July 02, 2009 this complaint was filed with Treasury OCC against BOA.

    a.  I am filing this complaint against Bank of America and Alan Britt.

    b.  On June 3, 2009 and on all previous attempts to get loan servicing under the Home Affordable Modification Program, I was discriminated against by Bank of America for loan servicing because I am a borrower who is current with my loan and on unemployment compensation.

    c.  Bank of America is required to under the Home Affordable Modification Program Guidelines to adhere to the Consumer Protection Fair Lending Section which states "Servicers" modifications under this program must comply with the Equal Credit Opportunity Act and the Fair Housing Act, which prohibit discrimination on a prohibited basis in connection with mortgage transactions.

    d.  Loan modification programs are subject to the fair lending laws, and servicers and lenders should ensure that they do not treat a borrower less favorably than other borrowers". Bank of America violated the fair lending laws many times, I made several attempts and was denied repeatedly for loan servicing because I am current on my loan and on unemployment compensation.

    e.  In addition see Bulletin 2009-10: Home Affordable Modification Program. It states providing criteria for determining whether a Borrower, who is

current or less than 31 days delinquent, is in imminent default. In addition, public assistance or unemployment income to reflect that the Servicer must determine that the income will continue for at least nine months. Bank of America must be held accountable for their violation of these guidelines.

20. On July 02, 2009 this complaint was filed with Treasury OCC against BOA.

    a. I am filing this complaint against Bank of America, Shawna Jackson and Patricia Pikul.

    b. On June 17, 2009 I received a phone call from Shawna Jackson a Senior Loan Specialist and Senior Officer Complaints Respondent with Bank of America as to a complaint and email they received regarding loan modification.

    c. I said I did not sent you an email on June 7, 2009 because I did not know you prior to this conversation, so I requested a copy of the email and I also requested a copy of the complaint for my records. I have not received any copies of what I have requested. I also requested information of all personnel and departments associated with ordering this complaint and email to be processed.

    d. I have also requested on July 1, 2009 information as to the status of my re-review of my loan modification by Shawna, I have received no

response. I left two voice mail messages and an email message. The first review done by Shawna took less than an hour and according to her rejection letter this was a careful review.

e.   I submitted on June 29, 2009 an additional unemployment program for reconsideration which would give me the additional time needed for approval for loan modification. The re-review for approval with this one piece of new information should be seamless but Shawna appears not to want to process this simple change. I would like a reason for this delay and an exact date when it will be completed.

f.   In addition, if Shawna rejects my loan again I want the loan modification package sent to Freddie Mac for oversight review. Bank of America must comply with transparency and accountability on my loan.

21. On July 09, 2009 this complaint was filed with Treasury OCC against BOA.

a.   Please file this complaint against Bank of America, Patricia Pikul, Shawna Jackson, Larissa, and Kia.

b.   I received a voice mail message from Larissa who works for Bank of America today (7/9/2009). I had a hard time calling her back she left a 1-800-846-2222 with no department name and stated in her voice mail message that she wanted to discuss loan modification options. I called

her back at the number she left 1-800-846-2222 and nobody new who she was.

c.   Finally I called Patricia Pikul's number 1-716-635-7058 and I was transferred to Larissa. I asked her why she was calling me, because I was under the impression that Shawna Jackson was handling my loan modification process, Larissa said she was calling me back from a message I left her. I said, I don't know who you are and the only message I left the other day was to Patricia Pikul.

d.   Larissa said that Patricia Pikul is a Vice President and she does not return phone calls. Her boss said to call me. I asked are you doing my loan modification today, she stated I was to call you and get additional information on the unemployment compensation.

e.   I said, I sent that information to Shawna Jackson to process on 6/29/2009 and she refuses to do the loan modification or call me back. Larissa said she heard about that, I sit next to her. She said that Shawna Jackson was not in today and she could not get the information I sent. I said to Larissa give me your email address and I will send it to you, she declined.

f.   I explained to her that the discrimination must end and under the loan modification guidelines, a person that is current and on unemployment

compensation gets loan modification servicing. Larissa said there is no discrimination here; this is not a back or white issue.

g.  I asked her if she has read the loan modification guidelines from the Treasury Department as to the Consumer Protection/Fair Lending Section on discrimination because I'm a borrower who is current and on unemployment compensation and I'm to be serviced and if she has read the Freddie Mac guidelines to all servicers. She said no.

h.  I stated to Larissa that Bank of America has repeatedly discriminated against me, when I call in to Bank of America and give my loan number I have been told by Bank of America representatives there is not a loan modification program for a person that is current an on unemployment compensation.

i.  I stated to Larissa to read the loan modification guidelines because there is a program for me and I am eligible. She went on to say they were very busy because they acquired Countrywide Mortgage. I said that not my problem. She said that they have 600 loans ahead of me that need processing. I also said that's not my problem.

j.  As I was talking, Larissa transferred me to Kia, I said why are you on the phone Kia and Kia stated that Larissa said you cursed and I said, that is not true, then Kia went on to say that she heard me, I said that is not true

also. I stated to Kia the discrimination must stop at Bank of America against me. Kai said there was no discrimination. I stated there is.

k.  I also stated there are complaints filed at the Treasury Department and Freddie Mac as to the discrimination that I have been subjected to constantly when I call Bank of America.

l.  Both Larissa and Kia stated that Bank of America was starting their own program in two weeks that would accommodate me. I stated there was a loan modification program in effect now and that Bank of America has started my loan modification process under this current program and they need to finish what they started and accommodate me. Kia stated she was going to escalate this problem.

m. I said that I was filing a complaint with Treasury and Freddie Mac as to what happened today (7/9/2009), that Bank of America refuses to give me loan servicing under the loan modification guidelines and continues to discriminate against me because I'm current on my loan and on unemployment compensation.

22. On October 23, 2009 this complaint was filed with Treasury OCC against BOA.

    a. This is in reference to the Oct 19, 2009 conversations with Glenn Newbury a Bank of America Manager with the Home Affordable Modification Program located in New York phone number 716-635-2666.

    b. I received a call from Glenn Newbury he stated the Executive Complaint Department asked him to handle this problem. He stated that I was going to underwriting today and he had some questions to ask me. The questions were of a financial nature regarding income and assets.

    c. He said my income was low and that might be a problem. He also mentioned that having savings might be a problem because Bank of America has a policy that states a homeowner is allowed to have only 3 months of savings in a bank account and Treasury and Freddie Mac signed off on Bank of America's policy. I said this is the first I had heard of this and why was I not told this several months ago. I asked to see a copy of this policy because of the past problems I've encountered with Bank of America. I wanted to verify this agreement existed and wanted transparency from Bank of America.

    d. I went on to say that Bank of America received billions of dollars in TARP money from the U.S. Government and the American Taxpayer for

essentially buying bad companies and making bad mortgage investments, and they had assets available and got relief. I stated that I should not be penalized for liquidating my retirement to subsidize my living expenses.

e.  I went on to say the program is not a handout but relief to homeowners in need. Bank of America has received economic relief, and by their actions, many say they brought harm to this economy through their financial dealings, thus needing to be bailed out.

f.  As the conversation continued I stated that it would not serve Bank of America or this country to have one more homeowner in foreclose, one more homeowner in bankruptcy or one more homeowner's credit rating destroyed. This serves no other purpose but to further depress an economically stressed economy and exacerbate the downward spiral of the real estate market. Since the consumer is 70% of the U.S. economy and consumer credit drives that economy, in addition to a stable housing market, for Bank of America not to work with homeowners would continue to harm this economy.

g.  Glenn Newbury went on to say, I must have gotten to someone to get this loan sent to underwriting. Here again, this is another sign of Bank of America's offensive corporate culture that is against homeowner's in need of economic relief. Glenn Newbury went on to say, someone needs

to do something about me and I need to be stopped. I am very troubled by this statement it's a threat and the use of intimidation. With that being said, I'm filing with Treasury OCC a complaint of unethical banking practices and harassment against Bank of America and Glenn Newbury for making this threat and for the use of intimidation. Treasury OCC please file this complaint.

h.  In addition, I will not forget the conversation with Bank of America's Manager Alan Britt on June 3, 2009, in that conversation he said, Bill we are a 3 trillion dollar bank in a firm voice, suggesting to me the power and size of this financial institution as a form of intimidation. In addition Alan Britt, stated to me Bill aren't you just postponing the inevitable, suggesting that I will loose my home in the end to Bank of America. That statement by Alan Britt was a threat against my home and shelter, a basic human need for survival. No person should be subjected to this egregious and unconscionable behavior. With that being said, I'm filing with Treasury OCC a complaint of unethical banking practices and harassment against Bank of America and Alan Britt for making this threat and for the use of intimidation. Treasury OCC please file this complaint.

i.  This just goes to show that Bank of America and their employees have a total disregard for Consumer Protection Laws, Regulations and Ethics

associated with the loan modification program which I have documented in this letter.

j. Bank of America and their employees are operating in a reckless, irresponsible and unlawful manner. Furthermore, Bank of America has shown no remorse for their discriminatory treatment that I have been subjected to by their employees while trying to get a loan modification. Treasury OCC has all the formal complaints on record.

k. I'm restating the summary of events that have previously occurred below: On June 3, 2009 and on all previous attempts to get loan servicing under the Home Affordable Modification Program, I was discriminated against by Bank of America for loan servicing because I am a borrower who is current with my loan and on unemployment compensation.

l. Bank of America will only modify loans for borrowers that are employed and that are delinquent on loan payments. Bank of America is favoring these types of borrowers. They refuse to meet the terms of the Home Affordable Modification Program.

m. Bank of America has complained to me about the Countrywide problems, I said you knew of these problems before the purchased of Countrywide.

n. Bank of America is required under the Home Affordable Modification Program Guidelines to adhere to the Consumer Protection Fair Lending

Section which states "Servicers" modifications under this program must comply with the Equal Credit Opportunity Act and the Fair Housing Act, which prohibit discrimination on a prohibited basis in connection with mortgage transactions.

o. Loan modification programs are subject to the fair lending laws, and servicers and lenders should ensure that they do not treat a borrower less favorably than other borrowers". Bank of America violated the fair lending laws many times, I made several attempts and was denied repeatedly for loan servicing because I am current on my loan and on unemployment compensation.

p. In addition see Freddie Mac Bulletin 2009-10: Home Affordable Modification Program. It states providing criteria for determining whether a Borrower, who is current or less than 31 days delinquent, is in imminent default. In addition, public assistance or unemployment income to reflect that the Servicer must determine that the income will continue for at least nine months.

q. The following information is available at: http://www.bankersonline.com/regs/202/202.html

r. Regulation B - Equal Credit Opportunity Sec. 202.2 Definitions (n) Discriminate against an applicant: means to treat an applicant less

favorably than other applicants. Answer: I'm an applicant that is current with my mortgage payments and on unemployment compensation. I have been treated less favorably than other applicants for loan servicing by Bank of America because I wasn't behind in mortgage payments or employed. The loan modification program allows you to be current with your mortgage payments and receive income from unemployment compensation. In addition, the servicing of Countrywide customers was more favorably to Bank of America, which they communicated to me.

s.  (z) Prohibited basis: means race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); the fact that all or part of the applicant's income derives from any public assistance program; or the fact that the applicant has in good faith exercised any right under the Consumer Credit Protection Act or any state law upon which an exemption has been granted by the Board. Answer: I'm on unemployment compensation which is a type of public assistance program.

t.  Bank of America has waged an economic war against me. Using discrimination, threats, intimidation and attrition as weapons for homeowner economic destruction, Bank of America has caused irreparable damage to me. Treasury OCC has the responsibility and obligation to enforce the Consumer Protection Laws and Regulations so I

can be protected. I have tried tirelessly to get legal representation against Bank of America and because of their power and size I've been denied repeatedly. The law is clear and Bank of America has violated it. I'm asking today that Treasury OCC file charges against Bank of America on my behalf for violating the Consumer Protection Laws and Regulations that I have set forth in this letter in order for justice to prevail.

23. On October 28, 2009 this complaint was filed with Treasury OCC against BOA.

   a. In the later part of May 2009, I spoke with Levi a loan officer with Bank of America and he stated Bank of America had no program in place for doing loan modifications for people that were current with mortgage loan payments and on unemployment compensation. Although he stated that on June 1, 2009 a new program was coming out for people that were on unemployment compensation and current with mortgage loan payments and I should call back.

   b. I called back on June 1, 2009 and spoke with Leslie Helms a loan officer at Bank of America. She stated there was no program in place for a person that was on unemployment compensation and current with mortgage loan payments. She went on to say that Levi and other loan officers, should stop giving people false hopes there is going to be a program for them. I asked Leslie was she positive there was no program in place and if she would check with a manager that might have

additional knowledge about this subject, she responded that she would

have been informed if there was a program in place, in order to get me to

the right person to get the modification done. I was confused by these

contradictory statements made by both Bank of America loan officers.

c.   I decided to contact Freddie Mac and spoke with Priscila a customer

service representative about the loan modification process since Freddie

Mac was the investor of my mortgage note. She stated that a person can

be on unemployment compensation and current with mortgage loan

payments and there was a document on the loan servicers' side of their

website that was available to the general public. I searched and found

the document Bulletin 2009-10: Home Affordable Modification Program

(04/21/09).

d.   I called Priscila on June 3, 2009 and asked if she would join me in a

conference call to witness the treatment I was receiving by Bank of

America as to the loan modification process, she said "OK". So she

called Bank of America and established a conference call. Each person

we spoke to agreed to have Priscila present on the conference call.

e.   Robert Blackstock a loan officer with Bank of America was on the

conference call. I explained to him the loan modification problems I was

having and asked to be transferred to a manager. Robert located Alan

Britt a Bank of America Manager. When Priscila stated in the

conversation to Alan the following Freddie Mac document, Bulletin 2009-10: Home Affordable Modification Program (04/21/09) was available to all loan servicers on the Freddie Mac website and that document explained I was eligible for the program, Alan replied, he does not read any documents from the Freddie Mac website only documents from Bank of America. Priscila replied these documents were there for Bank of America.

f.  I explained to Alan the Freddie Mac Bulletin 2009-10: Home Affordable Modification Program (04/21/09) states a borrower can be current with mortgage loan payments and receiving unemployment compensation which allows a person to be eligible for the program. This goes to show Bank of America refuses to acknowledge the program guidelines and refuses to meet the terms of the Home Affordable Modification Program.

g.  After two separate conversations with Alan Britt on June 3, 2009, a conference call and a return call, I decided to file a complaint with Freddie Mac and Treasury OCC as to the discriminatory and unfair treatment I received by Bank of America and Alan Brit on June 3, 2009 and additional complaints filed with Treasury OCC as to this conversation and other conversations and dealings with Bank of America employees on subsequent dates as to the loan modification process.

h. Later that day (June 3, 2009) I spoke to Kiki a Bank of America Manager in New York. I explained to her the loan modification problems I was having. She agreed that something has to be done at Bank of America about managing of the loan modification program because it was not being managed correctly. She generated the June 3, 2009 letter sent to me by Bank of America which was no help to me at all.

i. Treasury OCC please file any additional complaints against Bank of America for any violations of the Consumer Protection Fair Lending section of the Home Affordable Modification Program Guidelines and in addition any Banking Regulations and Laws that were violated during, occurring or resulting from any or all conversations or dealings that I have had with Bank of America as to the loan modification process.

24. The following email below was sent to countless law firms for legal assistance.

25. On June 3, 2009 and on all previous attempts to get loan servicing under the Home Affordable Modification Program, I was discriminated against by Bank of America for loan servicing because I am a borrower who is current with my loan and on unemployment compensation.

a. Bank of America will only modify loans for borrowers that are employed and that are delinquent on loan payments. Bank of America is favoring

these types of borrowers. They refuse to meet the terms of the Home Affordable Modification Program.

b. Bank of America has complained to me about the Countrywide problems, I said you knew of these problems before the purchased of Countrywide.

c. Bank of America is required to under the Home Affordable Modification Program Guidelines to adhere to the Consumer Protection Fair Lending Section which states "Servicers" modifications under this program must comply with the Equal Credit Opportunity Act and the Fair Housing Act, which prohibit discrimination on a prohibited basis in connection with mortgage transactions.

d. Loan modification programs are subject to the fair lending laws, and servicers and lenders should ensure that they do not treat a borrower less favorably than other borrowers". Bank of America violated the fair lending laws many times, I made several attempts and was denied repeatedly for loan servicing because I am current on my loan and on unemployment compensation.

e. In addition see Freddie Mac Bulletin 2009-10: Home Affordable Modification Program. It states providing criteria for determining whether a Borrower, who is current or less than 31 days delinquent, is in imminent default. In addition, public assistance or unemployment income

to reflect that the Servicer must determine that the income will continue for at least nine months. In addition, I have filed complaints with the FL Attorney General's Office, HUD, FTC, FHFA, Treasury OCC, U.S. Justice Department and Freddie Mac against Bank of America.

f.   I have talked to several lawyers about this problem, although they agreed with my complaint, they all said the case it to big for them and they don't have the financial ability to take on a case this size. Any help would be appreciated.

## Violations of Law

26. The totality of the defendant's policies and practices described herein constitute the discrimination, harassment and discouraging application practices against the plaintiff Bill Kachur a residential homeowner that was off-limits for the defendant's residential mortgage loan modification business. Its policies and practices denied the plaintiff Bill Kachur, on account of being current on mortgage loan payments and on unemployment compensation, an equal opportunity to obtain mortgage loan modification financing under the Home Affordable Modification Program (HAMP). These policies and practices are not justified by business necessity or other legitimate, non-discriminatory business considerations.

27. The defendant's actions as alleged herein constitute:

    a.  Discrimination on the basis of unemployment compensation income in making application for a mortgage loan modification for residential real estate-related transactions, in violation of the Fair Housing Act, 42 U.S.C. §3631(b)(2);

    b.  Harassment, intimidation, threats on the basis in making application for a mortgage loan modification for residential real estate-related transactions, in violation of the Fair Housing Act, 42 U.S.C. §3631(b)(2);

    c.  The making unavailable or denial of mortgage loan modification, in violation of the Fair Housing Act, 42 U.S.C. §3631(b)(2);

    d.  Discrimination for being current with mortgage loan payments in the terms, conditions, or privileges of the provision of services or facilities in connection with the mortgage loan modification, in violation of the Fair Housing Act, 42 U.S.C. §3631(b)(2);

    e.  Discrimination against applicants with respect to the application process for a mortgage loan modification, on the basis of unemployment compensation income in violation of the Equal Credit Opportunity Act, 15 U.S.C. §1691(a)(2);

    f.  Discouraging applications. A creditor shall not make any oral or written statement, in advertising or otherwise, to applicants or prospective

applicants that would discourage on a prohibited basis a reasonable person from making or pursuing an application. The Equal Credit Opportunity Act, 15 U.S.C. §1691 Section 202.5.

28. The defendant's policies and practices as alleged herein constitute:

    a. A pattern or practice of resistance to the full enjoyment of rights secured by the Fair Housing Act, 42 U.S.C. §§3601 *et seq*, and the Equal Credit Opportunity Act, 15 U.S.C. §1691e(a);

    b. A denial of rights granted by the Fair Housing Act to a person that raises an issue of general public importance.

29. Persons who have been victims of the defendant's discriminatory policies and practices are aggrieved persons as defined in 42 U.S.C. §3602(i) and as described in the Equal Credit Opportunity Act, 15 U.S.C. §1691(e)(i), and have suffered damages as a result of the defendant's conduct in violation of both the Fair Housing and the Equal Credit Opportunity Acts, as described herein.

30. The discriminatory policies and practices of the defendant were, and are, intentional and willful, and have been implemented with reckless disregard for the rights of the plaintiff.

## **JURY DEMAND**

31. Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

The Plaintiff respectfully prays for relief and judgment that follows:

1. Declares that the policies and practices of the defendant constitute a violation of Title VIII of the Civil Rights Act of 1968, the Fair Housing Act, 42 U.S.C. §§3601-3631, and the Equal Credit Opportunity Act, 15 U.S.C. §§1691-1691f;

2. Enjoins the defendant, its agents, employees, and successors, and all other persons in active concert or participation with it, from:

   a. Discriminating, harassing and discouraging application on a person on the basis of unemployment compensation in any aspect of its business practices;

   b. Failing or refusing to take such affirmative steps as may be necessary to prevent the recurrence of any discriminatory, harassment and discouraging application conduct in the future and to eliminate, to the extent practicable, the effects of the defendant's unlawful practices, including redefining its assessment areas in accordance with the Fair Housing Act and Equal Credit Opportunity Act and its implementing regulations and providing policies and procedures to ensure all segments of the defined area are served without regard to prohibited characteristics;

3. Awards such damages that would fully compensate the victim of the defendant's discriminatory policies and practices for the injuries caused by the defendant, pursuant to 42 U.S.C. §3613(c)(1)and 15 U.S.C. §1691e(a);

4. Awards punitive damages to the victim of the defendant's discriminatory policies and practices, pursuant to 42 U.S.C. §3613(c)(1) and 15 U.S.C. §1691e(b);

5. Awards punitive damages to the victim of the defendant's harassment, threats and intimidation practices, pursuant to 42 U.S.C. §3613(c)(1) and 15 U.S.C. §1691e(b);

6.  Awards damages to the victim of the defendant's harassment, threats and intimidation practices, pursuant to 42 U.S.C. §3613(c)(1) and 15 U.S.C. §1691e(b);

7. Awards the costs of the action, together with reasonable attorney's fee as determined by the court, shall be added to any damages awarded by the court to the victim of the defendant's discriminatory policies and practices, pursuant to 42 U.S.C. §3613(c)(2) and 15 U.S.C. §1691e(d);

8. Awards punitive damages to the victim of the defendant's discouraging loan modification application practices, pursuant to 42 U.S.C. §3613(c)(1) and 15 U.S.C. §1691e(b);

9.  Awards damages to the victim of the defendant's discouraging loan

    modification application practices, pursuant to 42 U.S.C. §3613(c)(1) and 15

    U.S.C. §1691e(b);

10. Assesses a civil penalty against the defendant in an amount authorized by 42

    U.S.C. §3613(c)(1), in order to compensate the victim.

The Plaintiff further respectfully prays for such additional relief as the interests of

justice may require.

Bill Kachur
7898 Whitehaven Ct
Jacksonville, FL 32244
904-908-0574